IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIO COLON

v.  C.A. NO. 13-4392

JESSICA BONILLA, et al.

ORDER

AND NOW, this 22nd day of October, 2013, having considered plaintiff's complaint, it is hereby ORDERED that the complaint is DISMISSED without prejudice as legally frivolous pursuant to 28 U.S.C.§ 1915(e)(2)(B)(ii).

It is further ORDERED that all outstanding motions are DENIED as moot.

It is further ORDERED that the Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Jeffrey L. Schmehl_____
JEFFREY L. SCHMEHL